COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Playa Vista LP, Morgan-Multi Family LLC, and Scott
                           Morgan v. Lakeside Re, LP, GSRE, Inc., and Avi Ron

Appellate case number:     01-14-00871-CV

Trial court case number:   2014-28663

Trial court:               270th District Court of Harris County

On May 15, 2015, the above-referenced appeal was stayed due to bankruptcy. *See* 11 U.S.C. § 362(a) (2011); TEX. R. APP. P. 8.1, 8.2. On July 21, 2015, this Court denied the agreed motion to dismiss filed by the appellants, Playa Vista LP, Morgan-Multi Family LLC, and Scott Morgan, without prejudice to refiling after a motion to reinstate this appeal has been filed attaching the bankruptcy court's order lifting the stay or terminating the bankruptcy. On October 21, 2015, the appellants filed a renewed agreed motion to dismiss, contending that their bankruptcy case has been resolved after reaching a compromise with appellees, and attached an order from the United States Bankruptcy Court approving their motion to approve compromise and settlement and to dismiss their bankruptcy petition. Appellants therefore request that we dismiss this appeal.

Accordingly, we construe appellants' motion as one seeking reinstatement and **GRANT** appellants' motion and **REINSTATE** this case on the Court's active docket. *See* TEX. R. APP. P. 8.3(a). Appellants' motion to dismiss will be addressed separately.

It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley
                   ☒ Acting individually    ☐ Acting for the Court

Date: October 27, 2015